IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-01487-RPM

KAIZEN MARTIAL ARTS, LLC,

        Plaintiff,

v.

PIONEER INTERSTATE, INC., d/b/a TIGER CLAW and THE TC GROUP,

        Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of the Response to Order to Show Cause [8], filed on March 17, 2008, it is

ORDERED that this Court's Order to Show Cause issued on March 6, 2008, is discharged and it is

FURTHER ORDERED that counsel shall submit dismissal papers to the Court by March 31, 2008.

DATED: March 19th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge